IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROGER DANILO MANCHAME CHACON,

Petitioner,

v.

JAMAL L. JAMISON, et al.,

Respondents.

CIVIL ACTION
NO. 26-4463

**ORDER**

**AND NOW**, this 15th day of July 2026, upon receipt of the Joint Status Report that the

Petitioner was given a bond hearing (Doc. No. 5), it is **ORDERED** that the Clerk of Court shall

close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.